[No. 43388-5-II.   Division Two.   April 2, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. LAWRENCE BURCH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-02034-7, Katherine M. Stolz, J., entered April 27, 2012. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt and Bjorgen, JJ.

[No. 43651-5-II.   Division Two.   April 2, 2013.]

*In the Matter of the Detention of* AUSAGETALITAMA FAGA.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-2-08307-5, Frederick W. Fleming, J., entered June 11, 2012. *Reversed* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Johanson, J.

[No. 30354-3-III.   Division Three.   April 2, 2013.]

*In the Matter of the Marriage of* EDGAR V. WATERS, *Appellant*, and PAMELLA A. WATERS, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-3-00218-1, Salvatore F. Cozza, J., entered September 22, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 66151-5-I.   Division One.   April 8, 2013.]

ALLAN PARMELEE, *Appellant*, v. LISA HOWE ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-2-05597-3, Michael T. Downes, J., entered October 5, 2010. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Dwyer, JJ.